**In re James R. DUNPHY and James J. Ryan.**

No. 03–1149.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 14, 2003.

Before MAYER, Chief Judge, LINN and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.